# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONNIE MCHUGH, and GILBERT FALLEN, | Civil No. 3:18-CV-01012 |
| Plaintiffs, | |
| v. | |
| VERTICAL PARTNERS WEST, LLC, d/b/a VENOM GROUP INTERNATIONAL, and YUNTONG POWER CO., LTD a/k/a ZHANGSHAN ELECTRIC WIN TECHNOLOGY CO., LTD, | |
| Defendants. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 1st day of June, 2020, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Defendant Yuntong Power Co., LTD a/k/a Zhangshan Electric Win Technology Co., LTD's ("Yuntong") motion to dismiss, Doc. 27, is **DENIED WITHOUT PREJUDICE**. **IT IS FURTHER ORDERED** that the parties have ninety days to conduct discovery limited to the issue of whether this court has personal jurisdiction over Defendant Yuntong.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania