**Tyler H. Neill, ISB # 7754**
**CASEY LEGAL GROUP PLLC**
531 S. Fitness Place, Ste. 105
Eagle, Idaho  83616
Telephone:  (208) 514-4543
Facsimile:  (208) 247-3100
CLG@caseylegalgroup.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CONNIE MCHUGH and GILBERT FALLON,<br><br>             Plaintiffs,<br><br>v.<br><br>VERTICAL PARTNERS WEST, LLC, d/b/a VENOM GROUP INTERNATIONAL, and YUNTONG POWER CO., LTD. a/k/a ZHANGSHAN ELECTRIC WIN TECHNOLOGY CO., LTD.<br><br>             Defendants. | Civil Action no. 2:20-cv-00581-DCN<br><br>**STIPULATION FOR DISMISSAL** |

IT IS STIPULATED and agreed among the parties hereto, by and through their attorneys of record, Tyler H. Neill of the firm Casey Legal Group PLLC, appearing for and on behalf of Plaintiffs Connie McHugh and Gilbert Fallon, Cory R. Laird of the firm Laird Cowley, PLLC, appearing for and on behalf of Defendant Vertical Partners West, LLC, and Keely E. Duke of the firm Duke Evett, PLLC, appearing for and on behalf of Defendant Yuntong Power Co. LTD., pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-entitled matter, including

STIPULATION FOR DISMISSAL - 1

all crossclaims, counterclaims, or any other claims that could have been or can be raised, be dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED this 22nd day of November, 2022.

CASEY LEGAL GROUP PLLC

/s/ Tyler H. Neill
Tyler H. Neill – Of the Firm
Attorneys for Plaintiff

LAIRD COWLEY, PLLC

/s/ Cory R. Laird
Cory R. Laird – Of the Firm
Attorneys for Defendant Vertical
Partners West, LLC

DUKE EVETT, PLLC

Keely E. Duke
Keely E. Duke – Of the Firm
Attorneys for Defendant Yuntong
Power Co. LTD.,

STIPULATION FOR DISMISSAL - 2

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 22, 2022, the foregoing STIPULATION FOR DISMISSAL was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Jesse M. Cohen
Email: jcohen@smithcohenlawgroup.com

Keely E. Duke
Email: ked@dukeevett.com
         ers@dukeevett.com
         sls@dukeevett.com

Michael J. Boccella
Email: michael.boccella@sweeneyfirm.com

Warren E. Voter
Email: warren.voter@sweeneyfirm.com

Cory R. Laird
Email:  claird@lairdcowley.com


                                             /s/ Tyler H. Neill

STIPULATION FOR DISMISSAL - 3